# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 27, 2025

Ms. Tamara L. Sobolewski
1002 Dakota Avenue
Lorain, OH 44052

      Re:   Case No. 25-3046, *Tamara Sobolewski v. Ford Motor Company*
            Originating Case No. 1:24-cv-01396

Dear Ms. Sobolewski,

   This appeal has been docketed as case number **25-3046** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following case opening items are due by **February 10, 2025**. The Disclosure of Corporate Affiliations is now an automated entry. Filers may still use the form 6CA-1 located on the Court's website if the automated entry does not provide sufficient space.

          Appellee:    Appearance of Counsel
                       Disclosure of Corporate Affiliation
                       Application for Admission to 6th Circuit Bar (if applicable)

   The Clerk's office cannot give you legal advice but if you have questions, please contact the office for assistance.

                                     Sincerely yours,

                                     s/Robin L Baker
                                     Case Manager
                                     Direct Dial No. 513-564-7014

cc: Mr. Samuel Evert Endicott

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 25-3046**

TAMARA L. SOBOLEWSKI

    Plaintiff - Appellant

v.

FORD MOTOR COMPANY

    Defendant - Appellee